```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

H.J. HEINZ, CO., L.P.,           )
                                 )
    Plaintiff,                   )
                                 )
            v.               )   Civil Action No. 04-1883
                                 )   Judge Cercone
CHARTER ONE BANK, N.A.           )   Magistrate Judge Caiazza
                                 )   Docs. 23,24,25,27
    Defendant,                   )
    Third Party Plaintiff,       )
                                 )
            v.               )
                                 )
MELLON FINANCIAL CORPORATION     )
                                 )
    Third Party Defendant.       )

## ORDER

IT IS HEREBY ORDERED that Defendant Charter One Bank's Motion to Extend Discovery (Doc. 23) is GRANTED. Discovery shall conclude by November 9, 2005. A Settlement Conference is now scheduled for **October 13, 2005 at 2:15 p.m.**

IT IS FURTHER ORDERED that the Motion to Amend (Doc. 24), Motion to Seal (Doc. 25) and the Motion for Leave to File a Reply (Doc. 27) are DENIED, as being moot.

August 9, 2005                   s/Francis X. Caiazza
                                 Francis X. Caiazza
                                 U.S. District Court Judge

cc:
Russ Ober, Esq.
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222

Jack Murtuagh, Esq.
Michele Smolin, Esq.
Murtagh & Cahill
110 Swinderman Road
Wexford, PA 15090

John McIntyre, Esq.
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219-1886