IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
H.J. HEINZ, CO., L.P.,            )
                                  )
     Plaintiff,                   )
                                  )
          v.                      )  Civil Action No. 04-1883
                                  )  Judge Cercone
CHARTER ONE BANK, N.A.            )  Magistrate Judge Caiazza
                                  )  In Re: Doc. 34
     Defendant,                   )
     Third Party Plaintiff,       )
                                  )
          v.                      )
                                  )
MELLON FINANCIAL CORPORATION      )
                                  )
     Third Party Defendant.       )
```

**ORDER**

IT IS HEREBY ORDERED that Defendant Charter One Bank shall file a response to the Plaintiff's Motion to Compel (Doc. 34) by August 22, 2005.


August 11, 2005                    s/Francis X. Caiazza
                                   Francis X. Caiazza
                                   U.S. Magistrate Judge


cc:
Russell J. Ober, Jr.
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222

John W. Murtagh
Michele Ann Smolin
Murtagh & Cahill
110 Swinderman Road
Wexford, PA 15090

```
John M. McIntyre
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219-1886
```