```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

H.J. HEINZ, CO., L.P.,          )
                                )
     Plaintiff,                 )
                                )
          v.                    )   Civil Action No. 04-1883
                                )   Judge Cercone
CHARTER ONE BANK, N.A.          )   Magistrate Judge Caiazza
                                )   In Re: Docs. 34,42,44
     Defendant,                 )
     Third Party Plaintiff,     )
                                )
          v.                    )
                                )
MELLON FINANCIAL CORPORATION    )
                                )
     Third Party Defendant.     )
```

## ORDER

IT IS HEREBY ORDERED that upon review of the <u>en camera</u> materials, the Plaintiff's Motion to Compel (Doc. 34) is DENIED.

IT IS FURTHER ORDERED that the Plaintiff's Motion to Compel (Doc. 42) is DENIED.

IT IS FURTHER ORDERED that the Defendant/Third Party Plaintiff's Motion for Leave to Take Additional Depositions (Doc. 44) is GRANTED in part and DENIED in part as set out by the court during the status conference held on October 20, 2005.

October 21, 2005                    <u>s/Francis X. Caiazza</u>
                                    Francis X. Caiazza
                                    U.S. Magistrate Judge

cc:
Russell J. Ober, Jr., Esq.
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222

John W. Murtagh, Esq.
Michele Ann Smolin
Murtagh & Cahill
110 Swinderman Road
Wexford, PA 15090

John M. McIntyre, Esq.
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219-1886