```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

H.J. HEINZ, CO., L.P.,           )
                                 )
    Plaintiff,                   )
                                 )
        v.                       )   Civil Action No. 04-1883
                                 )   Judge Cercone
CHARTER ONE BANK, N.A.           )   Magistrate Judge Caiazza
                                 )
    Defendant,                   )
    Third Party Plaintiff,       )
                                 )
        v.                       )
                                 )
MELLON FINANCIAL CORPORATION     )
                                 )
    Third Party Defendant.       )

## SECOND CASE MANAGEMENT ORDER

All dispositive motions, including but not limited to Motions for Summary Judgment, <u>but excluding Motions *in Limine*,</u> shall be filed by **November 28, 2005**. Each Motion shall be accompanied by a proposed Order of Court (*see* Local Rule 7.1.B). Each such motion shall be filed with the Clerk of Court together with a memorandum of law, not in excess of twenty-five (25) pages. The responding party shall file its responsive memorandum, not in excess of twenty-five (25) pages, within thirty (30) days after receipt of a dispositive motion. Within eleven (11) days after receipt of a responsive memorandum, the movant may file a reply brief, a practice which is not encouraged, not in excess of ten (10) pages. **No further submissions will be permitted.**